MARY A. DUNN, RESPONDENT, v. CITY OF ATLANTIC CITY, APPELLANT.

Argued October 20, 1938—Decided January 13, 1939.

For the appellant, *Carroll & Taylor*.

For the respondent, *Gaskill & Rosenberg*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Trenchard in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CASE, BODINE, DONGES, HEHER, PERSKIE, PORTER, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, WALKER, JJ.  13.

*For reversal*—None.